CLOSED, STAY

**U.S. District Court**
**Western District of Pennsylvania (Pittsburgh)**
**CIVIL DOCKET FOR CASE #: 2:08-cv-00191-WLS**

SMITH et al v. DAVOL INC.
Assigned to: William L. Standish
Demand: $75,000
Case in other court: Common Pleas of Allegheny County, GD 07-027379
Cause: 28:1441 Notice of Removal-Product Liability

Date Filed: 02/11/2008
Date Terminated: 04/02/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**MARY JEAN SMITH** represented by **A. J. Plastino, II**
310 Grant Street
812 Grant Building
Pittsburgh, PA 15219
(412) 765-3282
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David C. Trimmer, II**
Jones, Gregg, Creehan & Gerace
411 Seventh Avenue
Suite 1200
Pittsburgh, PA 15219-1905
(412) 261-6400
Fax: (412) 261-2652
Email: dct@jgcg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DANIEL COOPER** represented by **A. J. Plastino, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David C. Trimmer, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC.** represented by **Steven J. Forry**

Case 1:08-cv-02420-ML-LDA Document 1-4 Filed 04/08/2008 Page 2 of 3

| | |
|---|---|
| *Sub C.R. Bard, Inc.* | White & Williams<br>437 Grant Street<br>Suite 1001 Frick Building<br>Pittsburgh, PA 15219<br>(412) 566-3520<br>Email: forrys@whiteandwilliams.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2008 | 1 | NOTICE OF REMOVAL from Common Pleas of Allegheny County, case number GD 07-027379. Copies attached: Docket Entries, State Court Complaint, Praecipe for Writ of Summons, Proof of Service, Amended Proof of Service ( Filing fee $ 350 receipt number 807423), filed by DAVOL INC.. (Attachments: # 1 Exhibit # 2 Civil Cover Sheet) (ept) (Entered: 02/11/2008) |
| 02/11/2008 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 1 Notice of Removal. ERROR: Party did not file disclosure statement as required pursuant L.R. 7.1.1. CORRECTION: Attorney advised to file statement within 7 days. This message is for informational purposes only. Disclosure Statement due by 2/21/2008. (ept) (Entered: 02/11/2008) |
| 02/14/2008 | 2 | Disclosure Statement identifying C.R. Bard, Inc. as corporate parent, by DAVOL INC.. (Forry, Steven) (Entered: 02/14/2008) |
| 03/03/2008 | 3 | First MOTION to Stay *of Proceedings Pending Transfer to Federal MDL* by DAVOL INC.. (Attachments: # 1 Order) (Forry, Steven) (Entered: 03/03/2008) |
| 03/04/2008 | 4 | ORDER: 3 Defendant's Motion to Stay is granted. All requirements, deadlines (including responsive pleading deadlines), and other proceedings in this case are hereby stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. Upon transfer to the District of Rhode Island, the parties will comply with any requirements and deadlines imposed by that court with respect to this action. Signed by Judge William L. Standish on 3/4/2008. (md) (Entered: 03/04/2008) |
| 03/31/2008 | 5 | Conditional Transfer Order received from the Judicial Panel on Multi-District Litigation. (Attachments: # 1 Schedule CTO-16-Tag-Along-Actions) (ept) (Entered: 04/01/2008) |
| 04/02/2008 | 6 | Certified Copy of Conditional Transfer Order received from District of Rhode Island (Attachments: # 1 Schedule CTO-16-Tag-Along-Actions identifying Rhode Island case CA 08-2420) (ept) (Entered: 04/02/2008) |
| 04/02/2008 | | Case electronically transferred to District of Rhode Island. (ept) (Entered: 04/02/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/08/2008 11:52:02 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-00191-WLS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |